

Signed: June 07, 2010

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  )  Case No: 99-46858
        )
Hercules Computer Technology ) Chapter No. 7
        )
Debtor  )  **ORDER TO PAY UNCLAIMED FUNDS**
        )

It appearing that the check(s) made payable to Kisha Sanders, in the amount of $1,052.55 was not cashed within the 90 day limit and an unclaimed money report was entered on 01/18/2006 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Kisha Sanders C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,052.55, to:

Kisha Sanders
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

**End of Order**
**No Service List Requested**